No. 03–10919. FASOLA v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10920. HARO v. RAMIREZ-PALMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10921. IACULLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10922. FITTS v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10923. GRESHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10924. HOLT v. GORDON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10925. LOPEZ HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10926. MATZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10927. STEVENS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–10928. LAUREANO v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–10930. AUSTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10931. ALLEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10932. GARCIA-TIRADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10933. SNYDER v. ADDISON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–10934. HERNANDEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.